KENNETH P. KELLOGG v. MOLLY E. KELLOGG

The defendant's motion, filed November 21, 1977, to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted by the court.

*Stephen A. Wise,* for the appellee (defendant).
*Robert C. Bell, Jr.,* for the appellant (plaintiff).

Argued January 3—decided January 3, 1978

The plaintiff's motion for an order to the Superior Court in Fairfield County at Stamford "to make findings" is dismissed by the court.

*Robert C. Bell, Jr.,* in support of the motion.

Submitted January 3—decided January 3, 1978

JACQUELINE J. ANDERSON v. ROBERT F. LUDGIN ET AL.

The named defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied by the court.

*David T. Ryan* and *Lawrence A. Cox,* for the appellee (named defendant).
*Sharon S. Tisher,* for the appellant (plaintiff).

Argued January 3—decided January 3, 1978

It appearing that no finding or assignment of errors has yet been filed, the plaintiff's "Motion For Expedited Appeal" is denied by the court as premature.

*Sharon S. Tisher* and *Allan B. Taylor,* in support of the motion.

Submitted December 6, 1977—decided January 3, 1978